UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(WHEELING DIVISION)

| | |
|---|---|
| JOHN LONGWELL<br>901 WARWOOD AVENUE<br>WHEELING, WV 26003/<br><br>JOHN D. LONGWELL<br>100 MIDDLECREEK RD.<br>TRIADELPHIA, WV 26059,<br><br>VILLAGE OF SHADYSIDE, OHIO<br>50 EAST THIRTY-NINTH STREET<br>SHADYSIDE, OH 43947,<br><br>ROBERT NEWHART, MAYOR<br>50 EAST THIRTY-NINTH STREET<br>SHADYSIDE, OH 43947,<br><br>THOMAS RYNCARZ, SOLICITOR<br>EAST THIRTY-NITH STREET<br>SHADYSIDE, OH 43947,<br>   (individually, and collectively),<br><br>         Plaintiff(s),<br>    vs.<br><br>CAROL GIVENS<br>P.O. BOX 117<br>BELLAIRE, OH 43906,<br><br>GREG GIVENS<br>P.O. BOX 117<br>BELLAIRE, OH 43906,<br>         Defendant(s). | Case No: 5:23-cv-11<br>Judge: Bailey<br>Magistrate:<br><br>NOTICE OF REMOVAL<br>FROM STATE COURT ACTION<br><br>FEDERAL QUESTION<br>(AND DIVERISTY ISSUE)<br><br>(JURY DEMAND)<br><br>FILED<br>JAN 13 2023<br>U.S. DISTRICT COURT-WVND<br>WHEELING, WV 26003 |

## NOTICE OF REMOVAL

Defendant(s) CAROL GIVENS, GREG GIVENS, ("GIVENS") hereby removes Case No. 22-CV-0356 from the Common Pleas Court for Belmont County, Ohio, to the United States District Court for the Northern District of West Virginia, arising under the

Constitution of the United States, law and treaty, and pursuant to 28 United States Code §1331, §1343, §1391, exceeding $75,000.00, as part of the Plaintiff's Complaint; and Counter-claim.

Supplemental jurisdiction is asserted, and subject to Title 18 U.S.C. §§241,242; and 245; and Title 28 United States Code §1343(a)(1), §1343(a)(2), §1343(a)(3) and §1343(a)(4); Title 28 United States Code §2201, §2202; Title 28 U.S.C. §1443(1), et seq., [646, 62 Stat. 938]; (Pub.L. 91-452, 84 Stat.922), enacted by section 901(a), codified, Title 18 United States Code §1961-1968; Public Law 91-452; adopting additional state offenses under similar pattern, and Title 28 United States Code §1367, state law claims. Venue of this Action is proper under Title 28 United States Code 1391(b).

This Action is brought for damages and other appropriate and statutory relief, in addition to 42 United States Code §1983, et seq. for violation of GIVENS civil rights, false claim arrest, abuse of power and position, in addition to malicious prosecution, and other relief under color of state law, and conspiracy; 42 United States Code §1985, et seq., and by design to prohibit invidious discrimination, and for other appropriate relief from Defendant(s) that have caused Plaintiff to unjustly, and continually, to suffer; suppression of Federal and State Constitutional rights, in addition to preliminary and permanent injunction against Defendant(s); Plaintiff further asserts Federal protections under applicable statute by *Chilling Effect*, and/or as an employee/former employee of the United States government.

*Qui Tam (31 USC 3729 (a), et seq.) (qui tam pro domino rege quam pro se ipso in hac parte sequitur).*

Defendant asserts 28 U.S.C. §§ 1331, 1332, 1441, and 1446, and as grounds for its removal, and states as follows:

1. On December 27, 2022, Plaintiff(s) JOHN LONGWELL, VILLAGE OF SHADYSIDE, ROBERT NEWHART, THOMAS RYNCARZ, filed a Complaint in the Common Pleas Court, Belmont County, Ohio, styled: "In The Common Pleas Court, Belmont County, Ohio, "Case No. 22 CV 356". A copy of the Complaint, complete with the lower court record, is attached as Exhibit "A", hereto.

2. GIVENS was served with the summons and Complaint on December 30, 2022, by U.S. Mail.

3. This Action is for personal injuries and economic damages and other relief sought by the Plaintiff(s) and the Defendant(s) have suffered by acts or omissions of the Plaintiff as a direct and proximate result of the Plaintiff, JOHN LONGWELL.

DESIGNATED PARTIES, JURISDICTION, AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1) because this case is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. Venue is properly set in this District pursuant to 28 U.S.C. §1391(b) since Plaintiff(s), and Plaintiff(s) counsel, transact business within this judicial district. Likewise, Plaintiff LONGWELL is a substantial part of the parties action, giving rise to the claims affecting the Plaintiff(s) and Defendant(s) within this judicial

district. Consistent with the Due Process Clause of the Fifth and Fourteenth Amendments, the Court has personal jurisdiction over the parties, because they are present in the State of West Virginia, such that requiring an appearance does not offend traditional notions of fair play and substantial justice. Further, Defendants have maintained registered agents in the State of West Virginia. This court has personal jurisdiction over Defendants pursuant to and consistent with the Constitutional requirements of Due Process in that Defendants, acting through their agents or apparent agents, and committed one or more of the following: a. The transaction of any business within the state; b. The making of any contract within the state; c. The commission of a tortious act within this state; and d. The claim of ownership, use, or possession of any real estate of a party situated within this state. Requiring Defendants to litigate these claims in West Virginia does not offend traditional notions of fair play and substantial justice and is permitted by the United States Constitution. All of Plaintiff's claims arise in part from conduct Plaintiffs purposefully directed around JOHN LONGWELL, a permanent resident of state of West Virginia, and the Defendants diversely residing in Ohio.

5. The Complaint also purports to assert one or more cause(s) of action purporting declaratory and/or injunctive relief that affect citizens in all 50 states of the United States, including West Virginia, Plaintiff JOHN LONGWELL RESIDES. Plaintiff(s) claim(s) are based on the contention that GIVENS owes a debt to pursue his right to appeal, and/or file petition within the Unites States District Court, West Virginia, as well as others, in violation of Federal and state law.

6. Plaintiff(s) purports to bring each of their claims on behalf of themselves, as well as a putative class.

7. The relief Plaintiff(s) seek on behalf of themselves, and the putative class, representing a number of "capacity" clients, includes *inter alia*: (a) declaratory damages for themselves in an unspecified amount, (b) compensatory damages for the putative class of [currently tolling speedily upwards, beginning in the amount of] "$6,272.65", subject to additional costs, subject to amendment; (c) punishment, which amounts to unusual, and branding of the Defendant, forever.

8. This case arises under Constitutional and Statutory Grounds for Federal Question Jurisdiction 1). The Constitution and 28 U.S.C. §1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law. The Constitution vests federal courts with the authority to hear cases "arising under th[e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2). Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  *Ibid. Sic passim.*

9. Plaintiff(s) LONGWELL resides in **WHEELING, WEST VIRGINIA**, and in **TRIADEPHIA, WEST VIRGINIA**, others alleged that they are legally domiciled in the State of Ohio.

10. Defendant(s), CAROL GIVENS AND GREG GIVENS, ("GIVENS") resides as a citizen in Shadyside, Ohio, and seeks Diversity in this Action, and is a natural born citizen of the United States, whose legal mailing address is P.O. Box 117, Bellaire, Ohio 43906.

11. Plaintiff(s) in this Action request compensatory damages, and the Defendants) CAROL GIVENS, GREG GIVENS, be designated by this court as a vexatious litigator, and that the court place all restrictions on Defendant permitted by law, for an indefinite period of time; and that this court notify the Supreme Court and the Courts of Appeals, and all other Courts of all designation; and for such further relief as this court deems just and proper. The purported unpaid balance against Defendant is currently $6,272.65, and the injunctive relief tolls in excess of $75,000.00, which would effectively preclude GIVENS from exercising his Federal inalienable Constitutional and states rights from ever asserting a First Amendment petition with the government ever again, and the Plaintiff(s)/Defendant recoverable amounts well over %75,000.00. in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

12. Plaintiff(s) also assert that the putative class, as defined under stature.

13. Most importantly, Plaintiff(s) seek a permanent injunction to "place all restrictions on... GREG P. GIVENS", AND "for an indefinite period of time"; The purported balance(s) of Defendant accruing have exceeding Thousands of Dollars in a month, and so.

## ALL PROCEDURAL REQUIREMENTS
## FOR REMOVAL HAVE BEEN SATIFIED

14. Pursuant to 28 U.S.C. §1446(a) and Local Rule, a true and complete copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon GIVENS are being filed with this Notice of Removal. GIVENS will file true and complete legal copies of all other documents on file in the State Court Action, as well as a certification pursuant to Rule, within thirty (30) days of the filing of this Notice of Removal.

15. This Notice of Removal has been filed within thirty (30) days of the date that GIVENS was served with the summons or the Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. §1446(b).

16. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b) because the United States District Court for the Norther District of West Virginia is the federal judicial district embracing Federal Statute over the Common Pleas Court of Belmont County, Ohio where the State Court Action was originally filed.

## CONCLUSION

17. By this Notice of Removal, GIVENS does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. GIVENS intend no admission of fact, law or liability by this Notice, and expressly reserves all defenses, counterclaims, motions and/or pleas.

## PRAYER AND SIGNATURE

Defendant, CAROL GIVENS, GREG GIVENS. prays and respectfully petitions this Court with Notice of Removal for the reason(s) stated herein, and in the attached true Affidavit/Affirmation, and respectfully submits Notice of Removal.

And For these reasons set forth above and relief sought, this petition for an appropriate RELIEF be granted.

Respectfully submitted,

*/s/ Carol Givens*
CAROL GIVENS,
Pro se, Defendant


Respectfully submitted,

*/s/ Greg Givens*
GREG GIVENS,
Pro se, Defendant

Dated: January 12, 2023.

Attachment

# AFFIRMATION

I, **CAROL GIVENS**, who duly affirms and deposes that:

### I.

I am pro se party of record for CAROL GIVENS, Real Party In Interest in this case. I am over 21 years of age and am competent to make this affidavit. I have prepared/read the foregoing Pleading/Petition/Motion/Memorandum to which this verification is attached, which is filed on behalf of CAROL GIVENS, and every factual statement contained in this Pleading/Petition/Motion/Memorandum is within my personal knowledge and is true and correct under penalty of perjury.

### II.

This Pleading/Petition/Motion/Memorandum, and if any appendage, is by personal knowledge that the documents contained in the appendage are true and correct copies.

**Further, Affiant sayeth not.**

AFFIRMED,
In the County of Belmont, this 12 of January, 20 23

By: *Carol Givens*
**CAROL GIVENS, Affiant**

# AFFIRMATION

I, **GREG GIVENS**, who duly affirms and deposes that:

## I.

I am pro se party of record for GREG GIVENS, Real Party In Interest in this case. I am over 21 years of age and am competent to make this affidavit. I have prepared/read the foregoing Pleading/Petition/Motion/Memorandum to which this verification is attached, which is filed on behalf of GREG GIVENS, and every factual statement contained in this Pleading/Petition/Motion/Memorandum is within my personal knowledge and is true and correct under penalty of perjury.

## II.

This Pleading/Petition/Motion/Memorandum, and if any appendage, is by personal knowledge that the documents contained in the appendage are true and correct copies.

**Further, Affiant sayeth not.**

AFFIRMED,
In the County of _BELMONT_, this _12_
of _January_, 20_23_.

By: _____
GREG GIVENS, Affiant

# CERTIFICATE OF SERVICE

*This is to h*ereby certify that on this <u>Twelfth Day of January, 2023</u>, the foregoing ANSWER and COUNTER-CLAIM, with any attachment(s)/exhibit(s), filed with the Office of the Clerk, United States District Court, 1125 Chapline Street, P.O. Box 471, Wheeling, WV 26003, according to Rule to all participants, party(ies) of record:

Attorneys Eric Schramm (#0071690)
Kyle W. Bickford (0086520)
HANLON, MCCORMIC, SCHRAMM, BICKFORD, & SCHRAMM CO., LPA
46457 National Road, West
Saint Clairsville, OH 43950
Phone: (740)695-1444
Fax: (740)695-1563
info@ohiovalleylaw.com

Attorneys Bradley A. Powell (#0034478)
Richard J. Rinear (#0027114)
Johnathon A. Powell (#0099502)
DRODER & MILLER Co. LPA
250 East Fifth Street, Suite 700
Cincinnati, OH 45202
bpowell@drodermiller.com
rrinear@drodermiller.com
jpowell@drodermiller.com

Attorney M. Winiesdorffer-Schirripa, (WV#8023)/(OH#102023)
Smith Law PLLC
516 West Main Street
Clarksburg, WV 26301
Phone: (304)905-8850
Fax: (304)277-8299
michelleschirripa@smithlawpllc.com

   *Attorney(s) for* PLAINTIFF(S): *JOHN LONGWELL, VILLAGE OF SHADYSIDE, OHIO, ROBERT NEWHART, MAYOR, THOMAS RYNCARZ, SOLICITOR.*

DEFENDANT(S):
Respectfully submitted,                                                  Respectfully submitted,

*[signature: Carol Givens]*                                              *[signature: Greg Givens]*

CAROL GIVENS, pro se, Defendant                            GREG GIVENS, pro se, Defendant
P.O. BOX 117                                                                   P.O. BOX 117
BELLAIRE, OH 43906                                                    BELLAIRE, OH 43906
carol_4_council@aol.com                                            givensformayor@gmail.com

NOTICE OF REMOVAL, ATTACHMENTS IN SUPPORT - 11